Decided November 3, 2005

RALPH K. HAYES, ADMINISTRATOR (ESTATE OF ANDREW HAYES) *v.* CASPERS, LTD., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 90 Conn. App. 781 (AC 25400), is denied.

*Ralph J. Monaco, Patrick J. Day* and *Thomas J. Londregan*, in support of the petition.

*John P. Majewski*, in opposition.

Decided November 3, 2005

WILLIAM E. CUNNINGHAM ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF PLAINVILLE ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 90 Conn. App. 273 (AC 25739), is denied.

*William T. Barrante*, in support of the petition.

*Robert A. Ziegler, Jeffrey M. Knickerbocker* and *Richard M. Segulic*, in opposition.

Decided November 3, 2005